IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELOISE KNIGHTEN,                                                      PLAINTIFF

VERSUS                                                        No.:4:10CV125-P-V

CONFEDERATED HOUSING ASSOCIATES,INC.
D/B/A SUNFLOWER MEADOWS APARTMENTS
AND JOHN DOES 1-10                                                  DEFENDANTS

# ORDER

**BEFORE THE COURT** is Defendant's Motion [doc. 27] to Compel Discovery from the Plaintiff. The Plaintiff has not filed a response to the motion. With its motion, the Defendant provides that:

1. On May 24, 2011 Defendant served their first set of interrogatories and request for production of documents upon the Plaintiff.

2. The Defendant wrote to the Plaintiff on July 1, 2011 requesting Plaintiff propound the overdue discovery responses.

3. On July 12, 2011 Plaintiff requested additional time until July 18, 2011 to respond to Defendant's outstanding discovery. Plaintiff has to date offered no response to the first set of interrogatories and requests for production propounded on May 24, 2011

IT IS, THEREFORE, ORDERED that the Defendant's motion to compel is **GRANTED**. The Plaintiff is hereby ordered to provide sufficient responses to the discovery requests detailed in the Defendants' motion by August 18, 2011.

IT IS FURTHER ORDERED that pursuant to Rule 37(b)(2)(C), the plaintiff will pay to

the defendants the reasonable expenses, including attorney's fees caused by failure to respond to the discovery propounded. The defendants will provide to the court a detailed explanation of the costs, expenses, and fees incurred as a result of filing the present motions within sixty days.

**SO ORDERED** this 8th day of August, 2011.

/Jane M. Virden
U.S. MAGISTRATE JUDGE